WARNER CHILCOTT LABORATORIES IRELAND LIMITED, Warner Chilcott Company, LLC, Warner Chilcott (US), LLC, and Mayne Pharma International Pty. Ltd., Plaintiffs–Appellees,

v.

MYLAN PHARMACEUTICALS INC. and Mylan Inc., Defendants–Appellants.

No. 2011–1611.

United States Court of Appeals, Federal Circuit.

Oct. 25, 2011.

Dominick A. Conde, Diego Scambia, Fitzpatrick, Cella, Harper & Scinto, New York, NY, Brian L. Klock, Fitzpatrick, Cella, Harper & Scinto, Washington, DC, Jonathan MacKenzie Short, McCarter & English, LLP, Newark, NJ, for Plaintiffs–Appellees.

Larry L. Shatzer, Shaun R. Snader, Wilson, Sonsini, Goodrich & Rosati, Washington, DC, Tung–On Kong, Wilson, Sonsini, Goodrich & Rosati, San Francisco, CA, Jennifer Koh, Wilson, Sonsini, Goodrich & Rosati, San Diego, CA, for Defendants–Appellants.

### ON MOTION

PER CURIAM.

### ORDER

Mylan Pharmaceuticals Inc. and Mylan Inc. (Mylan) move for a stay, pending ap-

peal, of the preliminary injunction issued by the United States District Court for the District of New Jersey. Warner Chilcott Laboratories Ireland Limited et al. oppose. Mylan replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.